EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Felix Caratini Alvardo | 2018 TSPR 16 <br><br> 199 DPR ____ |

Número del Caso: TS-7,126


Fecha: 6 de febrero de 2018


Abogada del peticionario:

    Lcda. Daysi Calcaño López


 Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila de Jesús
    Director


Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Félix Caratini Alvarado                  TS-7,126

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de febrero de 2018.

Examinada la *Moción en Cumplimiento de Orden,* presentada por la Oficina de Inspección de Notarías (ODIN), se reinstala al licenciado Félix Carattini Alvarado al ejercicio de la notaría, previo a presentar evidencia de fianza vigente. Además, se le apercibe al licenciado Carattini Alvarado la importancia de velar por el fiel cumplimiento de la Ley Notarial y su Reglamento.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo